### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

**CHRISTINA NICHOLS**                                                    **PLAINTIFF**

**vs.**                                        **Civil No. 4:20-cv-04103**

**KILOLO KIJAKAZI,**                                                     **DEFENDANT**
**Acting Commissioner, Social Security Administration**

### JUDGMENT

Comes now the Court on this the 15th day of August 2022, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security

Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE